United States District Court

Eastern District of California

Darin Anthony Palermo,

     Petitioner,        No. Civ. S 05-2039 DFL PAN P

  vs.                    Order

Teresa A. Schwartz,

     Respondent.

-oOo-

    Petitioner seeks leave to proceed in forma pauperis in a habeas corpus action. A habeas petitioner must either pay a $5.00 filing fee or submit an affidavit showing he or she is unable to pay or give security for the fee. 28 U.S.C. § 1915(a).

    Petitioner's in forma pauperis affidavit shows he currently is employed. His average monthly balance over the last six months was $225.96 and his average monthly deposits over the last six months were $160.22. His present balance is $394.43. Petitioner has failed to show he is unable to pay the filing fee.

1  <u>Alexander v. Carson Adult High School</u>, 9 F.3d 1448 (9th Cir.
2  1993).
3       Accordingly, within 20 days petitioner must submit the $5.00
4  filing fee to the Clerk of the Court.  Otherwise the court will
5  recommend in forma pauperis status be denied and the case be
6  closed.
7       So ordered.
8       Dated:  December 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge