IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN ANTHONY PALERMO,

    Petitioner,                     No. CIV S-05-2039 DFL PAN P

    vs.

TERESA A. SCHWARTZ,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed February 2, 2006, respondent was directed to respond to the petition within sixty days. On April 4, 2006, respondent filed a request for a forty-five day extension of time to file her response. Petitioner opposes the request.

        Respondent's request is predicated on her asserted need to obtain a copy of the petition for writ of habeas corpus filed by petitioner in the California Supreme Court which respondent represents has been requested but not yet received. In opposition to the request, petitioner notes that a copy of said petition is attached as Exhibit 1 to the petition filed in the instant action.

/////

/////

Review of the record herein suggests that copy of the petition for writ of habeas corpus filed by petitioner in the California Supreme Court was filed by petitioner on October 11, 2005 as Exhibit 15 to the petition filed herein on October 7, 2005.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's April 4, 2006 request for a forty-five day extension of time is denied; and

2. Respondent is granted ten days from the date of this order in which to file and serve a response to the petition. Petitioner's response thereto shall be filed and served in accordance with the provisions of the court's February 2, 2006 order.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
pale2039.ext

---

[1] The first page of a petition for writ of habeas corpus filed as Case # S125691 and a June 22, 2005 order of the California Supreme Court denying that petition are included in the exhibits identified as Exhibit 14 to the petition. It appears that the rest of the California Supreme Court petition is attached as Exhibit 15 to the petition.