IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN ANTHONY PALERMO,

      Petitioner,                     No. CIV S-05-2039 JAM EFB P

   vs.

TERESA A. SCHWARTZ,

      Respondent.                ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has notified the Clerk of the Court of his intent to voluntarily dismiss this action on the ground that it is moot and the court lacks jurisdiction because petitioner has been released from state prison and is no longer in custody pursuant to a state court judgment. Dckt. No. 38. Respondent has filed a statement of non-opposition. Dckt. No. 39.

    An action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also* Rule 12, Rules Governing § 2254 Cases. The court finds the parties' filings constitute that stipulation and the Clerk is directed to close the case.

DATED: June 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE